UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

**United States of America,**

                        **Plaintiff,**

                 **-v-**                            **1:12-CV-165 (NAM/ATB)**

**Jacqueline M. Bigger,**

                        **Defendant.**

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

APPEARANCES:

Manfredi Law Group, PLLC
John S. Manfredi, Esq., of counsel
302 East 19th Street
Suite 2A
New York, New York 10003
Attorney for Plaintiff

**Hon. Norman A. Mordue, U.S. District Judge:**

**MEMORANDUM-DECISION AND ORDER**

     The United States of America moves (Dkt. No. 6) for default judgment in this action to recover monies owed by defendant on a student loan. On April 10, 2012, the Government obtained a Clerk's Entry of Default (Dkt. No. 5). The Complaint and the Certificate of Indebtedness, incorporated by reference therein, establish the amount due and defendant's nonpayment. Plaintiff has demonstrated its entitlement to the relief sought.

     It is therefore

     ORDERED that plaintiff is awarded default judgment in the sum of $7,365.91 plus 6.13% per annum interest from the date of default, July 18, 2007, to August 30, 2011 in the sum of $1,883.78, for a total of $9,249.69, plus additional accrued interest at a rate of 6.13% per annum,

from August 30, 2011 to the date of entry of the judgment, plus $55, the cost of service of process.

    IT IS SO ORDERED.

Date: February 20, 2013
       Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge